UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| NATHANIEL JONES, III, | § | |
| Harris County 1225142, | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | CIVIL ACTION H-09-2194 |
| | § | |
| ADRIAN GARCIA, ET AL., | § | |
| | § | |
| Defendants. | § | |

## Opinion on Dismissal

Nathaniel Jones sues for civil rights violations. He is in the Harris County Jail. Jones moves to proceed as a pauper. He has sued about 20 other times in district court. The district court dismissed three of these lawsuits as frivolous or for failure to state a claim recognized at law. *Jones v. Tombone*, No. 3:98cv85 (N.D. Tex.); *Jones v. Thomas*, 1:00cv244 (E.D. Tex.); and *Jones v. Causey*, 4:06cv4043 (S.D. Tex.). When Jones sued in these other cases, he was held in prison or jail. The district court dismissed these other cases before Jones filed this case.

A prisoner may not bring a case in federal court as a pauper if, while incarcerated, he brought three actions which the court dismissed as frivolous or for failure to state a claim, unless he is under imminent danger of serious physical injury. 28 U.S.C. § 1915(g). Jones's allegations do not show that he is under imminent danger of serious physical injury.

This complaint is dismissed. 28 U.S.C. § 1915(g).

Signed _July 29_____, 2009, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge